CHARLES M. HUBNER, an Infant, by ADOLPH HUBNER, his
Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET
RAILWAY COMPANY, Appellant.

*Hubner* v. *Metropolitan Street Ry. Co.,* 77 App. Div. 290, affirmed.
(Argued November 18, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered December 20, 1902, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*John Quinn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.

---

MARY LEVINE, as Administratrix of BENJAMIN LEVINE,
Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY
COMPANY, Appellant.

*Levine* v. *Metropolitan Street Ry. Co.,* 78 App. Div. 426, affirmed.
(Submitted November 18, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered February 3, 1903, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*Louis Marshall* and *Maurice Untermyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.